# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| KATHY L. AUSTIN, | : | |
| Plaintiff, | : | Case No. 3:04CV369 |
| | : | |
| vs. | | District Judge Thomas M. Rose |
| | : | Magistrate Judge Sharon L. Ovington |
| AFFILIATED COMPUTER SERVICES, INC., et al., | : | |
| Defendants. | : | |

## DECISION AND ENTRY

The Court has reviewed *de novo* the Report and Recommendations (Doc. #11), and noting that no objections have been filed to the Report and Recommendations and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on November 2, 2006 (Doc. #11) is ADOPTED in full;

2. Defendants' Motion for Order Lifting Stay, Confirming Arbitration Award, and Entering Final Judgment (Doc. #10) is GRANTED;

3. The prior Order staying this case (Doc. #5) is LIFTED;

4. The award of the arbitrator granting summary judgment to Defendants is CONFIRMED;

5. The Clerk of Court is directed, pursuant to Fed. R. Civ. P. 58, to enter Judgment in favor of Defendants and against Plaintiff on all Plaintiff's claims; and

6. The case is terminated on the docket of this Court.

November 27, 2006                                           **s/THOMAS M. ROSE**

                                                            Thomas M. Rose
                                                            United States District Judge